No. D–1662. IN RE DISBARMENT OF BRINKLEY. Crawford Wray Brinkley, of Conyers, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1663. IN RE DISBARMENT OF SEIKEL. Harold Hans Seikel, of Garden City Park, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1664. IN RE DISBARMENT OF SEAMAN. John Tad Seaman, of New Windsor, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1665. IN RE DISBARMENT OF MICCI. Eugene D. Micci, of Derby, Conn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1666. IN RE DISBARMENT OF O'KICKI. Joseph F. O'Kicki, of Portage, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–49. BENOIT v. LOUISIANA PUBLIC SERVICE COMMISSION ET AL.;

No. M–50. MARTIN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION; and

No. M–51. DELBRUEGGE v. CYTRON ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 95–489. COLORADO REPUBLICAN FEDERAL CAMPAIGN COMMITTEE ET AL. v. FEDERAL ELECTION COMMISSION. C. A. 10th Cir. [Certiorari granted, 516 U. S. 1036.] Motion of Brennan Center for Justice for leave to file a brief as amicus curiae granted.